UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RIMOWA DISTRIBUTION, INC. and RIMOWA GMBH,<br>　　　　　　　　　Plaintiffs,<br>v.<br>TRAVELERS CLUB LUGGAGE, INC.<br>　　　　　　　　　Defendant. | Civil Action No. 1:15-CV-10330-RGS |
| TRAVELERS CLUB LUGGAGE, INC.<br>　　　　　　　Counterclaimant,<br>v.<br>RIMOWA DISTRIBUTION, INC.<br>　　　　　　　Counterdefendant. | |

## JOINT MOTION FOR ENTRY OF JUDGMENT

Plaintiffs Rimowa GmbH and Rimowa Distribution, Inc. and defendant and counterclaimant Travelers Club Luggage, Inc. jointly move this court to enter judgment in the form of the Agreement for Judgment attached hereto as Exhibit A.

| **TRAVELERS CLUB LUGGAGE, INC.**<br>By its attorneys,<br><br>/s/ R. Joseph Trojan<br>R. Joseph Trojan<br>TROJAN LAW OFFICES<br>9250 Wilshire Blvd., Suite 325<br>Beverly Hills, CA 90212<br>Trojan@trojanlawoffices.com<br>(310) 777-8399 | **RIMOWA GMBH,** and<br>**RIMOWA DISTRIBUTION, INC.**<br>　By their attorneys,<br><br>/s/ Dale C. Kerester<br>Dale C. Kerester, BBO #548385<br>John P. Dennis, BBO # 120592<br>Lynch, Brewer, Hoffman & Fink LLP<br>75 Federal Street, 7th Floor<br>Boston, MA 02110<br>(617) 951-0800<br>dkerester@lynchbrewer.com |

Dated: December 5, 2016

<u>Certificate of Service</u>

    I hereby certify that a true copy of the above document was served upon the attorneys of record for Defendant by filing the document using the Court's ECF system, resulting in transmission of the Notice of Electronic Filing upon registered ECF users through the Court's transmission facilities on December 5, 2016.

                                                  <u>/s/ Dale Kerester</u>
                                                  Dale Kerester

**EXHIBIT A**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RIMOWA DISTRIBUTION, INC. and RIMOWA GMBH,<br>　　　　　　　　　　Plaintiffs,<br>v.<br><br>TRAVELERS CLUB LUGGAGE, INC.<br>　　　　　　　　　　Defendant. | Civil Action No. 1:15-CV-10330-RGS |
| TRAVELERS CLUB LUGGAGE, INC.<br>　　　　　　　Counterclaimant,<br>v.<br><br>RIMOWA DISTRIBUTION, INC.<br>　　　　　　　Counterdefendant. | |

**AGREEMENT FOR JUDGMENT**

Plaintiffs Rimowa GmbH and Rimowa Distribution, Inc,("Rimowa") and Defendant and Counterclaimant Travelers Club Luggage, Inc., hereby agree that the final and complete judgment for this action may be entered as follows:

1. Upon agreement of the parties, judgment is hereby entered in favor of Rimowa GmbH and Rimowa Distribution and against Travelers Club Luggage Inc., as to Defendant's Counterclaims Three and Four and it is hereby declared that Rimowa's Trademark Registration Nos. 2,583,912, 3,949,886, 4,548,851 and 4,586,888 are valid and enforceable and that said trademarks are distinctive, have acquired secondary meaning, are non-functional and not generic.

2. Counts One, Two, Three, Four, Five and Six of Plaintiffs' Second Amended Complaint are otherwise hereby dismissed with prejudice and without right of appeal;

3. Counterclaims One and Two of Defendant's Amended Counterclaims are hereby dismissed with prejudice and without right of appeal; and

4. Each party shall bear its own costs and attorney's fees.

| **TRAVELERS CLUB LUGGAGE, INC.**<br>By its attorneys,<br><br>/s/ R. Joseph Trojan<br>R. Joseph Trojan<br>TROJAN LAW OFFICES<br>9250 Wilshire Blvd., Suite 325<br>Beverly Hills, CA 90212<br>Trojan@trojanlawoffices.com<br>(310) 777-8399 | **RIMOWA GMBH,** and<br>**RIMOWA DISTRIBUTION, INC.**<br> By their attorneys,<br><br>/s/ Dale C. Kerester<br>Dale C. Kerester, BBO #548385<br>John P. Dennis, BBO # 120592<br>Lynch, Brewer, Hoffman & Fink LLP<br>75 Federal Street, 7th Floor<br>Boston, MA 02110<br>(617) 951-0800<br>dkerester@lynchbrewer.com |
|---|---|

**IT IS SO ORDERED AND ENTERED:**_____

_____

DATED: December \_\_, 2016                Hon. Judge Richard G. Stearns