EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RIMOWA DISTRIBUTION, INC. and RIMOWA GMBH,<br>      Plaintiffs,<br>v.<br>TRAVELERS CLUB LUGGAGE, INC.<br>      Defendant.<br><br>TRAVELERS CLUB LUGGAGE, INC.<br>      Counterclaimant,<br>v.<br>RIMOWA DISTRIBUTION, INC.<br>      Counterdefendant. | Civil Action No. 1:15-CV-10330-RGS |

## AGREEMENT FOR JUDGMENT

Plaintiffs Rimowa GmbH and Rimowa Distribution, Inc,("Rimowa") and Defendant and Counterclaimant Travelers Club Luggage, Inc., hereby agree that the final and complete judgment for this action may be entered as follows:

1. Upon agreement of the parties, judgment is hereby entered in favor of Rimowa GmbH and Rimowa Distribution and against Travelers Club Luggage Inc., as to Defendant's Counterclaims Three and Four and it is hereby declared that Rimowa's Trademark Registration Nos. 2,583,912, 3,949,886, 4,548,851 and 4,586,888 are valid and enforceable and that said trademarks are distinctive, have acquired secondary meaning, are non-functional and not generic.

2. Counts One, Two, Three, Four, Five and Six of Plaintiffs' Second Amended Complaint are otherwise hereby dismissed with prejudice and without right of appeal;

3. Counterclaims One and Two of Defendant's Amended Counterclaims are hereby dismissed with prejudice and without right of appeal; and

4. Each party shall bear its own costs and attorney's fees.

| TRAVELERS CLUB LUGGAGE, INC.<br>By its attorneys,<br><br>/s/ R. Joseph Trojan<br>R. Joseph Trojan<br>TROJAN LAW OFFICES<br>9250 Wilshire Blvd., Suite 325<br>Beverly Hills, CA 90212<br>Trojan@trojanlawoffices.com<br>(310) 777-8399 | RIMOWA GMBH, and<br>RIMOWA DISTRIBUTION, INC.<br>By their attorneys,<br><br>/s/ Dale C. Kerester<br>Dale C. Kerester, BBO #548385<br>John P. Dennis, BBO # 120592<br>Lynch, Brewer, Hoffman & Fink LLP<br>75 Federal Street, 7th Floor<br>Boston, MA 02110<br>(617) 951-0800<br>dkerester@lynchbrewer.com |
|---|---|

IT IS SO ORDERED AND ENTERED:

DATED: December 6, 2016            Hon. Judge Richard G. Stearns